**STATE of Missouri, Respondent,**

v.

**Terry L. BRYANT, Appellant.**

No. 47358.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.

Application to Transfer Denied
June 19, 1984.

Debra Buie Arnold, Public Defender, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Terry L. Bryant, defendant herein, appeals from his conviction, after a jury trial, of assault first degree by means of a deadly weapon. He was sentenced to life imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).